

**IN THE
TENTH COURT OF APPEALS**

——————————

**No. 10-16-00271-CV**

**IN RE JERRY A. BULLIN, INDIVIDUALLY, CJB PARTNERS, LTD.,
AND ITS GENERAL PARTNER CJB PARTNERS MANAGEMENT,
LLC, AND BRE GROUP, LTD**

——————————

**Original Proceeding**

**and**



**IN THE
TENTH COURT OF APPEALS**

——————————

**No. 10-16-00343-CV**

**IN RE TEXAS PRIVATE SCHOOLS FOUNDATION, INC. D/B/A
ALLEN ACADEMY**

——————————

**Original Proceeding**

# MEMORANDUM OPINION

Relators' petitions for writ of mandamus are denied.[1]


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
(Chief Justice Gray dissenting)
Petitions denied
Opinion delivered and filed August 2, 2017
[OT06]



---

[1] We note that the mandamus records do not include the material the trial court reviewed in camera.